864

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. James D. GORDON, Respondent.

No. 172, Docket 21139.

United States Court of Appeals Second Circuit.

March 3, 1949.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack and Helen Goodner, Sp. Assts. to Atty. Gen., and Charles Oliphant, of Washington, D. C., for Commissioner of Internal Revenue.

Theodore Pearson, of New York City (John J. Costello, of New York City, of counsel), for respondent.

Before AUGUSTUS N. HAND, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of the Tax Court, 10 T.C. 772.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. ESTATE of Gilliat G. SCHROEDER, Deceased, Louisa R. Schroeder and Helen S. Croll, Executors, Respondents.

No. 9, Docket 20870.

United States Court of Appeals Second Circuit.

March 9, 1949.

Theron Lamar Caudle, Asst. Atty. Gen., Melva M. Graney, Sp. Asst. to Atty. Gen. and Charles Oliphant, of Washington, D. C., for petitioner.

Sydney Waldecker, and George B. Francis, both of New York City, for respondent.

Before L. HAND, Chief Judge, and SWAN and FRANK, Circuit Judges.

PER CURIAM.

Order reversed in open court on authority of Commissioner of Internal Revenue v. Estate of Church, 335 U.S. 632, 69 S.Ct. 322.